

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

March 30, 2022

**By ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York

      Re:    *United States v. Hugo Armando Carvajal-Barrios et al.*, 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      The Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on the above-captioned docket. After April 1, 2022, the undersigned will no longer be employed by the United States Attorney's Office for the Southern District of New York.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Benjamin Woodside Schrier
      Assistant United States Attorney
      Southern District of New York
      (212) 637-1062

cc: Defense Counsel (by ECF)