UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>HUGO CARVAJAL<br><br>Defendant. | 11 Cr. 205 (AKH)<br><br>**Declaration of Lara Dreux** |

     I, LARA DREUX, a bilingual paralegal specialist employed by ZMO Law PLLC under the supervision of ZACHARY MARGULIS-OHNUMA, an attorney duly admitted to practice before this Court, affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I spoke on the phone with a person who identified himself as Fernando Blengio also known as Luis Fernando Bertulucci Castillo from a Bureau of Prisons ("BOP") facility on October 19, 2022.

2. I am fluent in both English and Spanish. The conversation took place mostly in English, but some of it was in Spanish.

3. According to the BOP website, Blengio is currently incarcerated under his alias, Bertulucci, at Oklahoma City FTC and due to be released on January 6, 2023.

4. During the October 19, 2022 call we discussed the 2006 drug transaction ("2006 Transaction") described in the S-1 Superseding Indictment in the instant case. This transaction involved a DC-9 plane carrying a large

quantity of cocaine that landed in Campeche, Mexico in 2006 ("the Plane"). *See* ECF No. 11: S-1 Superseding Indictment ¶ 12.

5. During the October 19, 2022 call Blengio stated, *inter alia*, as follows:

   a. Blengio was an owner of the Plane.

   b. Blengio personally arranged the 2006 Transaction involving the Plane.

   c. While arranging the 2006 Transaction, Blengio worked with officials of Venezuela's Guardia Nacional to bypass security at the Aeropuerto Internacional de Maiquetía Simón Bolívar ("Maiquetía Airport"), which is near Caracas, Venezuela.

   d. Blengio has never spoken to the defendant in this case, Hugo Carvajal.

   e. Blengio was told by a co-conspirator that he should bribe a high-level Venezuelan official.

   f. Blengio's contacts in Venezuela recommended he pay Gen. Carvajal, in order to ensure that their narcotics conspiracy continued to work smoothly.

   g. Blengio arranged through the associates in Venezuela to meet with an unknown individual ("Male-1") who the Venezuelan associates claimed was Gen. Carvajal.

   h. Blengio, believing that Male-1 was Gen. Carvajal, personally handed him a large sum of U.S. currency.

   i. Blengio later saw a photo of Gen. Carvajal and only then learned that he had been tricked, and Male-1 was not Gen. Carvajal.

   j. Blengio believes that his Venezuelan associates tricked him and kept the money that was given to Male-1.

   k. Gen. Carvajal was not involved in the 2006 Transaction.

6. Blengio stated that he is not an American citizen, he expects to be removed from the United States after he is released, and he does not know where he will live upon release. He stated that he believes his life will be in danger if he is removed to the country of his birth.

7. Blengio provided further information that I have not included here.

Dated:    November 18, 2022
          New York, New York

*Lara Dreux*
Lara Dreux
Bilingual Paralegal Specialist