UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                  :

UNITED STATES OF AMERICA,              :
                                                  :        **SCHEDULING ORDER**
     -against-                         :
                                                  :        11 Cr. 205 (AKH)
HUGO ARMANDO CARVAJAL BARRIOS, et  :
al.,                                                    :
                                                  :
                           Defendants.    :

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pretrial conference scheduled for July 17, 2024 is adjourned until July 24, 2024 at 2:30 p.m. in Courtroom 14D. Time is excluded until July 24, 2024 at 2:30 p.m. in the interest of justice and in light of ongoing discovery needs. *See* 18 U.S.C. § 3161(h)(7)(A).

Dated:     July 12, 2024                                         /s/ Alvin K. Hellerstein
            New York, New York                        ALVIN K. HELLERSTEIN
                                                                      United States District Judge