

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 3, 2026

**BY EMAIL**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Nicolás Maduro Moros et al.*, S4 11 Cr. 205 (AKH)

Dear Judge Willis:

    The Government respectfully requests that Superseding Indictment S4 11 Cr. 205 (AKH) be unsealed.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s/
    Nicholas S. Bradley
    Kaylan E. Lasky
    Henry L. Ross
    Kevin T. Sullivan
    Kyle A. Wirshba
    Assistant United States Attorneys

SO ORDERED:

_____
HONORABLE JENNIFER E. WILLIS
United States Magistrate Judge
Southern District of New York