UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America

                       ,          1:11 CR 00205 (AKH-2)

        Plaintiff,

                           **MOTION FOR ADMISSION PRO HAC VICE**

   - against -

Nicolas Maduro Moros

        Defendant.
------------------------------------x

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, **Bruce Fein** hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for **Nicolas Maduro Moros** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **District of Columbia** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 01/06/2026

Respectfully Submitted,

Applicant Signature: */S/Bruce Fein*

Applicant's Name: BRUCE FEIN

Firm Name: LAW OFFICES OF BRUCE FEIN

Address: 300 NEW JERSEY AVE NW STE 300

City/State/Zip: WASHINGTON DC 20001

Telephone/Fax: (202) 465-8728

Email: bruce@feinpoints.com