UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

United States of America,
Plaintiff,

v.

Nicolas Maduro Moros,
Defendant.

Case No. 1:11-CR-00205 (AKH-2)

## AFFIDAVIT OF BRUCE FEIN
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Bruce Fein, being duly sworn, depose and state as follows:

1. I am an attorney admitted to practice law and am currently a member in good standing of the bar of the District of Columbia (Bar Number: 446615). My business address is 300 New Jersey Avenue NW, Suite 300, Washington, DC 20001. My telephone number is (202) 465-8728 and my email address is bruce@feinpoints.com.

2. This affidavit is submitted in support of my Motion for Admission to Practice Pro Hac Vice before the United States District Court for the Southern District of New York pursuant to Local Civil Rule 1.3(c), in connection with the above-captioned matter.

3. I have never been convicted of a felony in any jurisdiction.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or disciplinary authority.

5. There are no disciplinary proceedings presently pending against me in any state or federal court or before any disciplinary authority.

6. I am in good standing in all jurisdictions in which I am admitted to practice, and I agree to be bound by the Federal Rules of Criminal Procedure, the Local Rules of the Southern District of New York, and the New York Rules of Professional Conduct while appearing in this matter.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/6/26
Location: Wash. D.C.

_____
Bruce Fein

~~STATE OF~~ Washington
~~COUNTY OF~~ District of Columbia

On the 6th day of January, 2026 before me, the undersigned Notary Public, personally appeared Bruce Fein, known to me or satisfactorily proven to be the person whose name is subscribed to this instrument, and acknowledged that he executed the same for the purposes therein contained.

_____
Kathy Robinson
Notary Public
My Commission Expires: May 14, 2027



2