LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 7, 2026

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>United States v. Nicolas Maduro et al.</u>
    11 CR 205 (AKH)

*[Handwritten annotation: So ordered 1-8-26 /s/ Hellerstein]*

Dear Judge Hellerstein:

I write to request that the Court appoint me pursuant to the Criminal Justice Act for the initial appearance of Nicolas Maduro Moros in 11 CR 205 (AH), which took place on Jan. 5, 2026.

I am a member of the CJA Panel, and I was on duty January 5, 2026. Following email instructions from the Magistrate Court Clerk (copy attached), and follow-up phone calls Danny Ortiz, I proceeded to Court that morning. There I met with the Defendant in the bullpens, conferred with Government counsel, with CJA counsel for the Codefendant Cilia Flores de Maduro, and with Venezuelan government attorneys, and I also attempted repeatedly to communicate with the attorneys who had indicated they would—but who had not yet—filed a Notice of Appearance on the docket. I prepared hastily for the initial appearance and attended it, and at that appearance private counsel appeared and obviated the need for court-appointed counsel.

I am informed by Criminal Case Operations Supervisor Saoni Simon that, inasmuch as I was never ultimately appointed to Mr. Maduro's case, I am unable to claim compensation for the hours I spent working that day unless the Court formally appoints me for the initial appearance of Mr. Maduro. Accordingly, I respectfully request that the Court appoint me as counsel for Mr. Maduro for the initial appearance of Nicolas Maduro on Jan. 5, 2026.

Respectfully,

David Wikstrom