UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :   **ORDER GRANTING**
         -against-                                            :   **DEFENDANT MOTION TO**
                                                              :   **STRIKE**
NICOLÁS MADURO MOROS,                                         :
                                                              :   11 Cr. 205 (AKH)
                              Defendant.                      :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   Attorney Bruce Fein seeks to appear *pro hac vice* to appear for Defendant Nicolas Maduro Moros. However, Fein admits that he was neither retained by Maduro, nor by Maduro's retained counsel, Barry Pollack, nor appointed by the Court. Fein bases his application "upon information received" from unnamed persons who, he says in an unsworn response, are "credibly" within Maduro's "inner circle or family." (ECF No. 280, 1/9/26).

   Fein's application to join the defense team has no legal basis. Unnamed persons cannot appoint counsel; only a defendant can do so. There is no reason to bring Maduro into court in order to ask him *in camera* if he would like to add Fein to his defense team, as Fein requests. If Maduro wishes to retain Fein, he has the ability to do so. Fein cannot appoint himself to represent Maduro.

   Maduro's motion to strike Fein's appearance (ECF No. 279) is granted. Fein's motion to be admitted *pro hac vice* (ECF No. 271) is denied, and my order granting him such status (ECF No. 277) is vacated.

The Clerk shall terminate ECF Nos. 271 and 279.

SO ORDERED.

Dated:     January 12, 2026
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge