

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 17, 2026

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    ***United States v. Maduro Moros and Flores de Maduro*, S4 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

       At the presentment and arraignment of the above-captioned defendants on January 5, 2026, the Court ordered the Government to facilitate the defendants' access to consular services and to apprise the Court when it had done so. The parties write jointly to advise the Court that on January 30, 2026, the defendants had a consular visit with an official representing the Republic of Venezuela, to help facilitate the defendants' access to any needed services.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

    By: _____/s/_____
       Kaylan E. Lasky
       Henry L. Ross
       Kevin T. Sullivan
       Kyle A. Wirshba
       Assistant United States Attorneys

Cc: Counsel of Record (by ECF & Email)