# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
:
v. : S4 11-CR-205 (AKH)
:
NICOLÁS MADURO MOROS, *et al.* :
:
Defendants. :
------------------------------------------------------------X

## DECLARATION OF BARRY J. POLLACK

I, Barry J. Pollack, hereby declare as follows:

1.  I am counsel for Nicolás Maduro Moros in the above captioned matter. On January 5, 2026, I filed a notice of entry of appearance as retained counsel. (ECF No. 269)

2.  I submit this Declaration in support of the motion of Mr. Maduro to Dismiss the Indictment due to Interference by the United States Government with his Sixth Amendment and Due Process Rights or, in the Alternative, for Leave of Retained Counsel to Withdraw.

3.  On January 7, 2026, applications for licenses related to the representation of Mr. Maduro and his wife and co-defendant, Cilia Adela Flores de Maduro, were submitted to the United States Office of Foreign Asset Control (OFAC). The applications specifically sought authorization to receive funds from the government of Venezuela for purposes of representing Mr. Maduro and Ms. Flores.

4.  Attached as Exhibit 1 to this Declaration is a true and correct copy of the license issued by OFAC at 3:18 p.m. on Friday, January 9, 2026, related to the representation to Mr.

1

Maduro. At 3:36 p.m. on Friday, January 9, 2026, OFAC issued a license related to the representation to Ms. Flores.

5.  Attached as Exhibit 2 to this Declaration is a true and correct copy of the amended license issued by OFAC 6:05 p.m. on Friday, January 9, 2026, related to the representation to Mr. Maduro.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    February 26, 2026.

_____
Barry J. Pollack

# EXHIBIT 1



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No. MUL-2026-1449494-1

**VENEZUELA SANCTIONS REGULATIONS**
**IRAN-CON-ARMS EXECUTIVE ORDER**

**LICENSE**

Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Orders 13692, 13808, 13827, 13835, 13850, 13857, 13884, 13949.

To:   Harris St. Laurent & Wechsler LLP
      c/o Miller & Chevalier
      900 16th Street NW
      Washington, DC 20006
      ATTN: Timothy P. O'Toole

**1.** Based upon the request dated January 7, 2026 to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized.

**2.** This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

**3.** This License **expires on January 7, 2028** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

**4.** This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.** This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By_____
   **Kelly M. Falconi**
   **Chief, Licensing**

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 22 U.S.C. § 287c(b), 50 U.S.C. § 1705, and 31 C.F.R. §§ 542.701, 544.701, 560.701, 594.701, and 597.701 for provisions relating to penalties.

**SECTION 1 - AUTHORIZATION:** **(a)** Subject to the conditions and limitations stated herein, and to the extent authorization is required, Miller & Chevalier, Harris St. Laurent & Wechsler LLP, Barry J. Pollack, the Law Offices of Barry J. Pollack, and their partners, employees, and consultants or other U.S. persons retained by any of the above to assist in the legal defense of Nicolas Maduro Moros (collectively, the "Licensees"), are hereby authorized to provide legal services to Nicolas Maduro Moros (the "Client") and to receive payment for fees, costs, and expenses arising out of the Licensees' representation of the Client with respect to the matter of *United States v. Maduro Moro,* 1:11-cr-00205-AKH (S.D.N.Y.) from the Client's own funds, those held jointly with his spouse, Cilia Adela Flores de Maduro, and/or those of the Government of Venezuela, as described in the Application.

**SECTION 2 - WARNINGS:** **(a)** Except as authorized in **SECTION I** hereof, nothing in this License authorizes the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** Except as authorized in **SECTION 1** hereof, nothing in this License authorizes transactions prohibited by any laws or regulations administered by the Office of Foreign Assets Control.

**(c)** Except as authorized in **SECTION 1**, this License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(d)** Any transfer of funds through the U.S. financial system pursuant to the authorizations set forth in **SECTION 1** hereof should reference the number of this License to avoid the blocking or rejection of the transfer.

**SECTION 3 - RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of at least 10 years from the date of each transaction. Such records shall be made available for examination upon demand.

**SECTION 4 - PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the transactions specified in the Application.
******************************************************************************

# EXHIBIT 2

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

LICENSE No. MUL-2026-1449494-2

**VENEZUELA SANCTIONS REGULATIONS**
**IRAN-CON-ARMS EXECUTIVE ORDER**

**LICENSE AMENDMENT**

(Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701 et seq., Pub. L. 113-278, Executive Orders 13692, 13808, 13827, 13835, 13850, 13857, 13884, 13949)

To:   Harris St. Laurent & Wechsler LLP
      c/o Miller & Chevalier
      900 16th Street NW
      Washington, DC  20006
      ATTN:  Timothy P. O'Toole

**1.**  Based upon the request dated January 7, 2026 to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized.  This License supersedes License No. MUL-2026-1449494-1 in all respects.

**2.**  This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

**3.**  This License **expires on January 30, 2028** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto.  This License may be revoked or modified at any time.  If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

**4.**  This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.**  This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By _Alan W. Christian_ (Digitally signed by Alan W. Christian, Date: 2026.01.09 17:46:31 -05'00')

**Alan W. Christian**
**Acting Assistant Director, Licensing**

**Attention is directed to,** *inter alia*, 18 U.S.C. § 1001, 22 U.S.C. § 287c(b), 50 U.S.C. § 1705, and 31 C.F.R. §§ 542.701, 544.701, 560.701, 594.701, and 597.701 for provisions relating to penalties.

**SECTION 1 - AUTHORIZATION:** Subject to the conditions and limitations stated herein, and to the extent authorization is required, Miller & Chevalier, Harris St. Laurent & Wechsler LLP, Barry J. Pollack, the Law Offices of Barry J. Pollack, and their partners, employees, and consultants or other U.S. persons retained by any of the above to assist in the legal defense of Nicolas Maduro Moros (collectively, the "Licensees") are hereby authorized to provide legal services to Nicolas Maduro Moros (the "Client") and to receive payment for fees, costs, and expenses arising out of the Licensees' representation of the Client with respect to the matter of *United States v. Maduro Moro,* 1:11-cr-00205-AKH (S.D.N.Y.) from the Client's own funds and/or those held jointly with his spouse, Cilia Adela Flores de Maduro, as described in the Application.

**SECTION 2 - CONDITION:** Payments authorized in **SECTION 1** hereof must not originate from a source within the United States, or from any source outside the United States within the possession or control of a U.S. person, other than the Client or his spouse, or from any entity or individual, other than the Client or his spouse, whose property or interests in property are blocked pursuant to any Executive order of Chapter V of Title 31 of the C.F.R.

**SECTION 3 - WARNINGS:** **(a)** Except as authorized in **SECTION 1** hereof, as conditioned by **SECTION 2** hereof, nothing in this License authorizes the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** Except as authorized in **SECTION 1** hereof, nothing in this License authorizes transactions prohibited by any laws or regulations administered by the Office of Foreign Assets Control.

**(c)** Except as authorized in **SECTION 1**, this License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(d)** Any transfer of funds through the U.S. financial system pursuant to the authorizations set forth in **SECTION 1** hereof should reference the number of this License to avoid the blocking or rejection of the transfer.

**SECTION 4 - RECORDKEEPING AND REPORTING REQUIREMENTS:** **(a)** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of at least 10 years from the date of each transaction. Such records shall be made available for examination upon demand.

**(b)** The Licensee is required to submit, no later than 30 days following the completion of the authorized transactions, or on February 29, 2028, whichever comes first, a detailed report providing information on the funds received pursuant hereto. Such report shall specify the individual or entity from which the funds originated, the method of transfer, and the amount of funds received. In the event that no transactions occur or no funds are received during the reporting period, a statement is to be filed to that effect. The report is to be filed via email to OFACReport@treasury.gov, and is to refer to this License No. **MUL-2026-1449494-2**.

**(c)** See 31 C.F.R. § 501.605 for additional requirements regarding reports to OFAC, courts, and other adjudicators on litigation, arbitrations, and dispute resolution proceedings.

LICENSE No. MUL-2026-1449494-2                                                                 Page 3 of 3


**SECTION 5 - PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the transactions specified in the Application.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*