UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA,            :

                                 :

      v.                         :           S4 11-CR-205 (AKH)

                                 :

NICOLAS MADURO MOROS, *et al.*     :

                                 :

              Defendants.     :
-------------------------------------------------------------------X

## <u>DECLARATION OF BARRY J. POLLACK</u>

I, Barry J. Pollack, hereby declare as follows:

1. I am counsel for Nicolás Maduro Moros in the above captioned matter. On January 5, 2026, I filed a notice of entry of appearance as retained counsel. (ECF No. 269)

2. I submit this declaration in support of the motion of Mr. Maduro to Dismiss the Indictment due to Interference by the United States Government with his Sixth Amendment and Due Process Rights or, in the Alternative, to Strike Appearance of Counsel.

3. On February 11, 2026, through counsel, I contacted OFAC to ask that it reinstate the Original License it had issued to me and my law firm to accept payment from the government of Venezuela for legal fees and expenses incurred in my representation of Mr. Maduro in the above-referenced. Among the bases we set forth as to why OFAC should do so, and indeed the very first basis cited was, "the Amended License is inconsistent with the Original License and with the license issued with respect to Mr.

Maduro's spouse and co-defendant, Cilia Adela Flores de Maduro, which OFAC did not amend."

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 19, 2026.

_____
Barry J. Pollack