

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2026

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** ***United States v. Maduro Moros and Flores de Maduro***, S4 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes in response to the Court's Order dated April 7, 2026 (Dkt. 303) (the "Order"), requiring the Government to submit an updated protective order in accordance with the Order. An updated protective order is attached hereto as Exhibit A.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____
Kaylan E. Lasky
Henry L. Ross
Kevin T. Sullivan
Kyle A. Wirshba
Assistant United States Attorneys

Cc: Counsel of Record (by ECF & Email)