

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 24, 2026

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Maduro Moros and Flores de Maduro*, S4 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The parties write jointly to advise the Court that the Office of Foreign Assets Control has issued amended licenses to counsel for defendants Nicolás Maduro Moros and Cilia Flores de Maduro. The amended licenses authorize defense counsel to receive payments from the Government of Venezuela under certain conditions, including the conditions that (i) the authorized payments are made with funds available to the Government of Venezuela after March 5, 2026; and (ii) the authorized payments are not derived from Foreign Government Deposit Funds as defined in Executive Order 14373 of January 9, 2026.

The Government understands that the amended licenses have resolved the issues underlying the defendants' motions to dismiss Superseding Indictment S4 11 Cr. 205 (AKH). (*See* Dkts. 289, 292). The defendants therefore withdraw their motions as moot, without prejudice to refiling them should similar issues arise in the future. The parties further request that the Court schedule a status conference in approximately 60 days and exclude time as to both defendants under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the requested exclusion of time under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial so that the Government can produce discovery, the defense can review discovery, and the defense can consider what pretrial motions it expects to make. Counsel for both defendants have informed the Government that they consent to the foregoing requests.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

    By:      /s/
      Kaylan E. Lasky / Henry L. Ross /
      Kevin T. Sullivan / Kyle A. Wirshba
      Assistant United States Attorneys

Cc: Counsel of Record (by ECF & Email)