UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

NICOLÁS MADURO MOROS and CILIA
FLORES DE MADURO,

                            Defendants.

-------------------------------------------------------------- X

**ORDER REGULATING
PROCEEDINGS**

11 Cr. 205 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court accepts proceeding under OFAC's modified licenses as described in the parties joint April 24, 2026 letter, and likely will accept the parties' joint requests for an adjournment and exclusion of time if clearly made and signed by both Defendants or their counsel, and sufficient justification is given for the quantum of delay requested.

SO ORDERED.

Dated:      April 27, 2026
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge