**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>NICOLÁS MADURO MOROS, et al.,<br><br>    Defendants. | S4 11-CR-205 (AKH) |

### NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that Barry J. Pollack, counsel for Nicolás Maduro Moros, files this Notice of Change of Firm and Address in the above-captioned case. Mr. Pollack's firm affiliation and contact information as of June 2, 2026 is as follows:

Barry J. Pollack
HARRIS TRZASKOMA LLP
1300 19th Street NW, Suite 700
Washington, DC 20036
(934) 667-3824
bpollack@harristrz.com

All further pleadings and correspondence in this matter should be served to the above address.

Dated: June 2, 2026

                                                   */s/ Barry J. Pollack*
                                                   Barry J. Pollack
                                                   HARRIS TRZASKOMA LLP
                                                 1300 19th Street NW, Suite 700
                                                 Washington, DC 20036
                                                 Tel: (934) 667-3824
                                                 bpollack@harristrz.com

                                                 *Counsel for Nicolás Maduro Moros*