**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | S4 11-CR-205 (AKH) |
| NICOLÁS MADURO MOROS, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

TO:   Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that the undersigned, ANNA ESTEVAO of the firm Harris Trzaskoma LLP, hereby appears as counsel for Defendant Nicolás Maduro Moros in the above-captioned action.

Dated: New York, New York          HARRIS TRZASKOMA LLP
         June 4, 2026

         _/s/ Anna Estevao_
         Anna Estevao
         HARRIS TRZASKOMA LLP
         125 Broad Street, 10th Floor
         New York, New York 10004
         Tel: (212) 970-6465
         aestevao@harristrz.com

         *Counsel for Nicolás Maduro Moros*