UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                    :

UNITED STATES OF AMERICA,            :

                                    :      **SCHEDULING ORDER**

                                    :

          -against-                   :      11 Cr. 205 (AKH)

                                    :

NICOLÁS MADURO MOROS and CILIA    :
ADELA FLORES DE MADURO,         :

                                    :

                 Defendants.      :

                                    :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         The conference scheduled in this matter for July 22, 2026, at 12:00 p.m. will be

held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

         SO ORDERED.

Dated:       July 21, 2026                         /s/ Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                             United States District Judge