# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

NICOLÁS MADURO MOROS, *et al.*,

Defendants.

S4 11-CR-205 (AKH)

**DECLARATION OF BARRY J. POLLACK**

I, Barry J. Pollack, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. Attached as Exhibit 1 is a true and correct copy of an unofficial English translation of the following order: Tribunal Supremo de Justicia, Sala Constitucional, Sentencia No. 0001, Exp. No. 26-0001 (Jan. 3, 2026) (Venez.), historico.tsj.gob.ve/decisiones/scon/enero/352131-0001-3126-2026-26-0001.HTML.

2. Attached as Exhibit 2 is a true and correct copy of an unofficial English translation of the following article: *What are Colectivos? An Essential Clarification*, PSUV (Oct. 28, 2014), http://www.psuv.org.ve/opiniones/%C2%BFque-son-colectivos-una-aclaratoria-imprescindible/.

3. Attached as Exhibit 3 is a true and correct copy of the original Italian language decision and an unofficial English translation of the following decision: Cass. pen. [Court of Cassation], sez. III, Sept. 17, 2004, n. 49666, 129 Foro it. 253 (2006) (It.).

4. Attached as Exhibit 4 is a true and correct copy of the original Italian language decision and an unofficial English translation of the following decision: Cass. pen. [Court of Cassation], sez. I, June 28, 1985, n. 1981, 109 Foro it. 277 (1986) (It.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2026.

*/s/ Barry J. Pollack*
Barry J. Pollack