# EXHIBIT 1

THE BOLIVARIAN REPUBLIC OF VENEZELA
ON ITS BEHALF
THE SUPREME TRIBUNAL OF JUTICE

**PER CURIAM DECISION**

Due to the foreign military aggression that was carried out upon the Bolivarian Republic of Venezuela on January 03, 2026 for the purpose of abducting the Constitutional President, Nicolás Maduro Moros, this Constitutional Chamber of the Supreme Tribunal of Justice, in the exercise of its interpretive authority conferred to it by Article 335 of the Constitution of the Bolivarian Republic of Venezuela (CBRV) deems it necessary to perform a systematic and teleological interpretation of Articles 234 and 239 of the CBRV to determine the applicable legal framework that guarantees the administrative continuity of the State and the security of the Nation due to the forced absence of the President of the Republic in light of the exceptional circumstances created by the abduction of Mr. Nicolás Maduro Moros, the President of the Republic which constitutes a presumptive material and temporary impossibility regarding the performance of his duties.

During the aforementioned open session the matter was heard and a Per Curiam Decision was issued by the Justices of this Constitutional Chamber who unanimously endorsed this decision.

**SOLE SECTION**

Pursuant to the foregoing, and in accordance with the authority granted by Article 335 of the CBRV as the supreme and final interpreter of the Constitution, as well as Article 4 of the Organic Law of the Supreme Tribunal of Justice, **this Chamber asserts its jurisdiction and proceeds *sua sponte* to interpret the applicable constitutional provisions** with an aim to clarify and resolve any legal uncertainty for the purpose of establishing a roadmap for the preservation of the constitutional order during this pivotal moment for the country.

That said, this supreme interpreter of the constitution acknowledges that the public and infamous event that occurred on January 03, 2026 constitutes an exceptional, atypical situation of force majeure which is not literally provided for in the Constitution of the Bolivarian Republic of Venezuela creating a situation that requires constitutional certainty because of the threat of utmost gravity to the stability of the State, the security of the Nation, and the efficacy of the legal order.

It is for these reasons that this Chamber**, as part of an urgent and preventative precautionary action, has deemed it is indispensable to issue** a safeguarding measure to guarantee the administrative continuity of the State and the defense of the Nation without prejudice to the final legal characterization of the absence (temporary or absolute) of the president, and without supplanting the powers of other state bodies to make said characterization in later proceedings.

Based on the foregoing, this Chamber considers that there are indications of elements which constitute a situation of Presidential incapacity, generally contemplated by Article 234 of the CBRV, and in like manner, this Chamber considers that Article 239.8 assigns the Executive Vice President the role of discharging the President's duties during temporary absences. Given the current state of emergency and present threat, it is imperative, necessary, and proportionate to issue a precautionary order that this function be exercised immediately in order to safeguard the Nation's interests in light of the foreign threat that it currently faces.

## DECISION

Wherefore premises considered, this Constitutional Chamber of the Supreme Tribunal of Justice, administering justice on behalf of the Republic and by authority of the law, DECIDES:

**FIRST:** To establish its jurisdiction to hear the matter *sua sponte* or exercise its authority for a *sua sponte* Constitutional Interpretation pursuant to Articles 234 and 239 of the CBRV with the purpose of determining the applicable legal framework that guarantees the administrative continuity of the State, the governance of the State, and the sovereign defense in light of the forced absence of the President of the Republic, all in accordance with the provisions of Articles 266.1, 335, and 336.10 of the Constitution of the Bolivarian Republic of Venezuela (CBRV) as well as Article 4 of the Organic Law of the Supreme Tribunal of Justice.

**SECOND:** To ORDER that DELCY ELOÍNA RODRÍGUEZ GÓMEZ, the Executive Vice President of the Republic, ASSUME AND EXERCISE IN AN ACTING CAPACITY all of the responsibilities, duties, and powers inherent in the office of the President of the Bolivarian Republic of Venezuela with the purpose of guaranteeing the administrative continuity and comprehensive defense of the Nation.

**THIRD:** To order that the Executive Vice President, the National Defense Council, the Military High Command, and the General Assembly be immediately notified.

Ordered to be published, registered and served. The mandates herein shall be executed forthwith.

Executed, signed, and sealed in the Courtroom of the Constitutional Chamber of the Supreme Tribunal of Justice in Caracas, on the third day of January, Two-Thousand Twenty Six (2026). In the 215th year of Independence and the 166th year of the Federation.

The President

TANIA D' AMELIO CARDIET

The Vice President,

LOURDES BENICIA SUAREZ ANDERSON

The Justices,

LUIS FERNANDO DAMIANI BUSTILLOS

MICHEL ADRIANA VELASQUEZ

GRILLET JANETTE TRINIDAD CORDOVA CASTRO

The Judicial Clerk,

CARLOS ARTURO GARCIA USECHE

DCKT. N° 26-0001 PC/.