# EXHIBIT 2






**OPINION**

**What are collectives? An essential clarification**

OCTOBER 28, 2014 / 1:36 PM / LEAVE A COMMENT

Deceitful language is one of the most effective weapons used by the reactionary forces to deceive the majority, in their eagerness to conceal their intentions of maintaining the system of domination. Under the guise of a supposed "civil society," the conspirators of April 11th hid, deceiving a large portion of the Venezuelan population and making them unwitting participants in the massacre with which they sought to justify the fascist coup. Once the plot was crushed by the people and the Bolivarian military, the term fell into disuse for those who called themselves such, as it evokes the resounding defeat, as well as the diabolical media network that supported it.

After this, we revolutionaries became "government supporters," and the counter-revolution became the "opposition." The fact that the media, controlled by the oligarchy, have coined these terms for everyday use is no small matter. Such labels hark back to the outdated Punto Fijo Pact, under which they alternated in government for four decades. Five years in the "government" and five in the "opposition"—that was the greatest possible change in the AD-COPEI political landscape. But this time there is a major difference: the Bolivarian people will not be content with simply taking turns running the state. They came to power to transform it and carry out a revolution. We see, then, how the right wing, thanks to its media apparatus, distorts the great historical goals we have set for ourselves through the simple use and reinterpretation of language. Despite the tangle of self-interests that surrounds us, it's a mistake to underestimate the right wing's capacity to advance, manipulating public opinion and clouding our path. Let's be clear: we are revolutionaries, which is different from, and much more than, being government supporters.

I believe the preceding reflection is necessary to address the so-called collectives and the way in which the counterrevolution has distorted their image and concept for years. Our enemies, regardless of the political affiliation or spokesperson of the dozens of factions into which they are divided, attempt to criminalize the organized revolutionary people. In the framework they try to impose, "collective" (just like "communal") is synonymous with criminal violence, crimes, disorder, death, terror, illegality... Precisely, these are the words that come to mind when we think of Leopoldo López and the other mayors involved in the violent protests who are being prosecuted for conspiring against the peace of the country. This is precisely what is being alleged, with several videos as evidence, against the young Lorent Enrique Gómez, whom Capriles, Chúos, Ledezmas, MariCoris, and other fascists so vehemently defended.

**PSUV IN ACTION**

- PSUV leadership
- Secretariats
- State Links
- Political Bureau of the PSUV
- National Political Council of the PSUV
- State and municipal teams of the PSUV
- Parish teams of the PSUV
- State Structure of the PSUV Youth
- State Structure of the Political Council

**NEWS**

**PSUV held a working meeting led by President Delcy Rodríguez**
AUGUST 31, 2026 / LEAVE A COMMENT /

**The Ministry of Communication and Information celebrated its 24th anniversary by reaffirming its commitment**
AUGUST 31, 2026 / LEAVE A COMMENT /

**OPINION | Energy for national rebirth**
AUGUST 31, 2026 / LEAVE A COMMENT /

**School Construction Brigades have rehabilitated 57% of schools in La Guaira**
AUGUST 31, 2026 / LEAVE A COMMENT /

**The Venezuela Renace Plan continues the rehabilitation of buildings in Maracay**
AUGUST 31, 2026 / LEAVE A COMMENT /

**OPINIONS**

**OPINION | Energy for national rebirth**
AUGUST 31, 2026 / LEAVE A COMMENT /

**Opinion Dialogue: a good democratic practice**

This kind of trickery is typical of imperial media laboratories. Muammar Gaddafi was accused of attacking his own people, and it was his slanderers who instigated the brutal genocidal invasion of Libya. The Palestinian resistance is accused of terrorism by the Zionist occupation that has massacred thousands of innocent people. The same is true in Syria, with the now officially recognized terrorists of ISIS, whom they financed and organized just the other day, calling them the "Free Syrian Army." Similarly, groups are held responsible for every crime listed in the Penal Code, but it is the far right that insists most on this, having closed streets, destroyed public services, and murdered and wounded indiscriminately just a few months ago, with the complicit silence of the entire "democratic opposition." This is an old trick, well known in the underworld, in which the thief caught stealing a wallet outrageously accuses the victim of the crime, in order to confuse and avoid the action of justice.

But what exactly is a collective? Collectives are not the "armed Chavista hordes" that the counterrevolution talks and tweets about so much. Collectives are organized groups of people who work to preserve, enforce, and expand the rights enshrined in the Constitution. They dedicate themselves to a wide variety of goals: environmental, feminist, LGBTQ+ rights, educational, cultural, sports, community, recreational, political, or national defense, assuming their constitutional co-responsibility. They may be guided by the government, one of the parties that support it, or they may be autonomous.

In 2002, to weaken us and further the conspiracy, as they are attempting again now, the Bolivarian Circles were criminalized, labeled "circles of terror," even though they were simply grassroots political organizations with popular support in the streets during a time of constant aggression against the Bolivarian government. I recall the statement by the traitorous General Damiani Bustillos (Carmona's de facto Minister of the Interior): "We have located Freddy Bernal, head of the Bolivarian Circles; we will search for him high and low." In this way, the leadership was also criminalized, justifying the targeted assassinations of those of us who had and still have ongoing contact with the grassroots of the Chavista revolution. This was part of the malevolent practice of distorting the actions or profile of a leader (or the popular movement) to instill fear or rejection, morally destroy them, and then carry out their assassination when the opportunity arises.

In that fateful year of 2002, marked by the fascist coup, the oil strike, and the employers' lockout, the Bolivarian Circles were a bulwark in the peaceful defense of the revolution, just as today various collectives, for the most part, are consistent defenders of the legacy of Commander Chávez and the revolutionary government of President Maduro. Therefore, these collectives are, in essence, any expression of the organized Bolivarian people.

One final point. This group, or any member thereof, is not characterized by committing crimes, instilling fear, or threatening the citizenry. Quite the contrary. What is fundamental to its practice is solidarity, respect for coexistence, and the constant work toward achieving the supreme goal of the revolution: to reconcile the realm of freedom with the realm of necessity, or, to use the words of the Liberator, "to produce the greatest possible sum of happiness."

**MAKE A COMMENT.**

AUGUST 28, 2026 / LEAVE A COMMENT /

**The Cerimedo Case: How AI Powers Bot Farms for Electoral Purposes**

AUGUST 25, 2026 / LEAVE A COMMENT /

**OPINION | Time to be protagonists**

AUGUST 25, 2026 / LEAVE A COMMENT /

**A man who loved the future. By Fernando Buen Abad Domínguez**

AUGUST 13, 2026 / LEAVE A COMMENT /