**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 15, 2026

So ordered as amended
10-15-26
Alvin K. Hellerstein

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Maduro Moros and Flores de Maduro*, S5 11 Cr. 205 (AKH)**

Dear Judge Hellerstein:

The Government respectfully writes to advise the Court that, at today's arraignment, the parties jointly intend to request the following pretrial deadlines, including the adjournment of certain deadlines in light of the Government's filing of the Fifth Superseding Indictment in this case:

| Deadline | Old Date | Proposed Date |
|---|---|---|
| Defendants' Motions to Dismiss Fifth Superseding Indictment (the "Motions to Dismiss") | **N/A** | **November 9, 2026** |
| Government's Completion of Substantial Production of Unclassified Discovery Regarding Fifth Superseding Indictment | **N/A** | **November 23, 2026** |
| Government's Opposition to Defendants' Motions to Dismiss | **N/A** | **November 30, 2026** |
| Defendants' Replies on the Motions to Dismiss | **October 16, 2026** | **December 14, 2026** |
| Government's Completion of Substantial Production of Classified Discovery | **November 15, 2026[1]** | **December 18, 2026** |
| Oral Argument on Defendants' Motions to Dismiss | **November 17, 2026** | **December ~~21,~~ 2026** 17 |

AKH

[1] The Government's ability to satisfy its classified discovery obligations depends, in part, on other components of the United States Government outside of the U.S. Department of Justice. If delays prevent the Government from meeting this deadline, the Government will inform the defense and may request an adjustment to the proposed motion schedule. The Government's provision of classified discovery also may result in additional litigation under the Classified Information Procedures Act, which could result in the need to adjust the remainder of the schedule.

| Deadline | Old Date | Proposed Date |
|---|---|---|
| Defendants' Pretrial Motions | **January 11, 2027**[2] | **February 12, 2027** |
| Government's Opposition to Defendants' Pretrial Motions | **February 18, 2027** | **March 12, 2027** |
| Government's Motion under Section 4 of the Classified Information Procedures Act | **March 11, 2027** | **March 19, 2027** |
| Defendants' Replies on Pretrial Motions | **March 11, 2027** | **March 26, 2027** |
| Oral Argument on Defendants' Pretrial Motions | **N/A** | **April 8, 2027** |
| Government's Rule 404(b) Notice | **N/A** | **May 10, 2027** |
| Motions in Limine | **N/A** | **May 10, 2027** |
| Opposition to Motions in Limine / Motions Regarding Rule 404(b) | **N/A** | **May 24, 2027** |
| Opposition to Rule 404(b) Motions | **N/A** | **June 7, 2027** |
| Government's Expert Disclosures | **N/A** | **April 15, 2027** |
| Government's 3500 Material | **N/A** | **May 14, 2027** |
| Defendants' Rule 26.2 Material | **N/A** | **May 28, 2027** |
| Defendants' Expert Disclosures | **N/A** | **May 15, 2027** |
| Government's Witness List | **N/A** | **May 24, 2027** |
| Government's Exhibits | **N/A** | **May 24, 2027** |
| Defendants' Witness List | **N/A** | **May 31, 2027** |
| Defendants' Exhibit List | **N/A** | **May 31, 2027** |
| Trial to Commence | **June 1, 2027** | **June 14, 2027** |

[2] In the event that the Court has not ruled on any claims of immunity or other jurisdictional issues made in the defendants' first round of pretrial motions by this date, the defense anticipates that it will seek an adjournment of this deadline and a corresponding adjustment of the remaining schedule.

The parties each reserve the right to seek adjournments of the deadlines set forth above. Counsel for both defendants have informed the Government that they consent to the foregoing requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Kaylan E. Lasky
Henry L. Ross
Kevin T. Sullivan
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2493

cc: Counsel of Record (by ECF & Email)