USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NICOLÁS MADURO MOROS, and
CILIA ADELA FLORES DE MADURO,

Defendants.

11 Cr. 205 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Oral argument is scheduled for **11:00 a.m.** on **December 17, 2026**. *See* 10/15/2026 Minute Entry.

The parties shall appear for oral argument in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Argument shall address solely the pending motions to dismiss the fifth superseding indictment based on sovereign immunity. *See* ECF Nos. 357, 360. Each Defendant will receive fifteen minutes for argument, although Defendants may agree to a different allocation of time not to exceed thirty minutes total. Defendants may set aside any portion of their allotted time for rebuttal. The Government will receive thirty minutes to respond.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ANALISA TORRES
United States District Judge